IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-03314-WYD-KMT

WEBMD HEALTH CORP,

    Plaintiff,

v.

ANTHONY T. DALE.,

    Defendant.

---

**ORDER**

---

Upon review of Counsel's Response to Order to Show Cause [ECF No. 17], filed March 15, 2012, I am satisfied that Counsel has complied with District of Colorado Local Civil rule 83.3 and has gained admittance to the bar of the U.S. District Court for the District of Colorado.   Accordingly, the order to show cause is **DISCHARGED**.

    Dated:   March 15, 2012.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE